IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-11177-tmd |
| | § | |
| DEBORAH KRISTINE HEXUM, | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

APPLICATION OF TRUSTEE TO EMPLOY REALTOR <u>AND REQUEST FOR RELIEF (WITH 21-DAY LANGUAGE)</u>

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

NOW COMES RANDOLPH N. OSHEROW, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of DEBORAH KRISTINE HEXUM, and files his Application to Employ Realtor on Sale Real Estate. The Trustee would show the Court the following:

1. On 9/2/19, a voluntary petition was filed initiating this case under Chapter 7 of the Bankruptcy Code. On 9/3/19, Randolph N. Osherow was appointed Chapter 7 Trustee of Debtor's bankruptcy estate and continues to act in that capacity.

2. The Trustee wishes to employ Eric Steinhoff of EXP Realty, of 4416 137 National Plaza Suite 300, National Harbor, MD 20745, as the authorized Realtor for the Trustee for the sale of the real property in this case, described as:

    3676 Carriage Hill Drive, Frederick, MD 21704-7351

3. Trustee has selected Eric Steinhoff of EXP Realty, as the Trustee believes that he is qualified to represent the bankruptcy estate in this proceeding, and it is necessary for the Trustee to employ Eric Steinhoff of EXP Realty, for such professional services to sell the real property for the benefit of the estate.

4. To the best of the Trustee's knowledge, Eric Steinhoff of EXP Realty, has no connection with the Debtor, the creditors, or any other party in interest, their respective attorneys and accountants. A

A copy of the proposed Order attached as Exhibit "A".

Verified Statement of Realtor of No Interest Adverse to Estate of Debtor and Disclosure Statement signed by Eric Steinhoff of EXP Realty, are attached hereto.

5. Trustee proposes to pay Eric Steinhoff of EXP Realty, a 6% commission, plus $395.00 on the sale of each property, payable at closing, which compensation is not the subject of any agreement to share funds "except as to standard real estate earnest money contracts", that wording of "except as to the sharing of commission with other Realtors as set out in the Texas Real Estate Commission promulgated Unimproved Property Contract.

6. No notice or hearing on this Application, need be given.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that he be authorized to employ Eric Steinhoff of EXP Realty, as Realtor under a listing agreement and pay Eric Steinhoff of EXP Realty, a 6% commission plus $395.00, on the sale of the two properties listed above, and that an Order be entered.

Respectfully submitted this 1st day of October, 2019.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
Texas State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-11177-tmd |
| | § | |
| DEBORAH KRISTINE HEXUM, | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

<u>ORDER AUTHORIZING EMPLOYMENT OF REALTOR FOR TRUSTEE ON SALE
OF REAL PROPERTY</u>

On the day this Order was signed, came for consideration the Application of Trustee to Employ Realtor on Sale of all non-exempt Real Property in this case including but not limited to:

3676 Carriage Hill Drive, Frederick, MD 21704-7351,

and Request for Relief. It appearing that such application is proper and should be granted, it is therefore

EXHIBIT "A"

ORDERED, ADJUDGED and DECREED that the employment of Eric Steinhoff of EXP Realty, of 4416 137 National Plaza Suite 300, National Harbor, MD 20745, as Realtor for the estate is hereby authorized and approved. It is further

ORDERED, ADJUDGED and DECREED that said Realtor shall disclose in said statement the amount and source of any retainer or any other payment received by said Realtor in connection with or in contemplation of this case. It is further

ORDERED, ADJUDGED and DECREED that the employment of Eric Steinhoff of EXP Realty, of 4416 137 National Plaza Suite 300, National Harbor, MD 20745, at 6% compensation plus $395.00, will be authorized by this Court Order on the sale of all property sold by the realtor in this case.

###

RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-11177-tmd |
| | § | |
| DEBORAH KRISTINE HEXUM, | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

## DISCLOSURE OF COMPENSATION
## UNDER 11 U.S.C. 329 AND BANKRUPTCY RULE 2016(b)

I certify that Eric Steinhoff of EXP Realty, is the applicant for the position of Realtor for the Chapter 7 Trustee, Randolph N. Osherow, in the above-styled and referenced cause. No compensation has been paid to me in connection with the above-referenced case under Title 11 of the United States Code. Application is made herein for a commission of 6%, plus $395.00, on the real property sales. The source of the compensation agreed to be paid is from the proceeds of the prospective sale of real property of the bankruptcy estate payable upon further order of this Court.

Eric Steinhoff of EXP Realty, presently has not agreed to share this compensation with any other person or entity BUT this property will be placed for sale in the Multiple Listing services of Board of Realtors; therefore, the rules of each service dictate that Eric Steinhoff of EXP Realty, co-op with other Realtors who are members of such services by sharing of the total commission (co-realtor to receive 2.500%) applicable to be received by Eric Steinhoff of EXP Realty, if one of those realtors should procure a Buyer, submit an offer and such offer is accepted by the Court for the property.

Dated this 30th day of September, 2019.

Signed by: _____
Eric Steinhoff
EXP Realty
137 National Plaza
Suite 300
National Harbor, MD 20745

Realtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: § CASE NO. 19-11177-tmd
§
DEBORAH KRISTINE HEXUM, §
§
DEBTOR(S). § CHAPTER 7 PROCEEDING

VERIFIED STATEMENT OF REALTOR
OF NO INTEREST ADVERSE TO ESTATE OF DEBTOR

I, Eric Steinhoff, hereby state that Eric Steinhoff of EXP Realty, has no connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, other than I was the listing agent prior to Debtor filing for bankruptcy and Eric Steinhoff of EXP Realty, does not hold or represent any interest adverse to the bankruptcy estate, and is a disinterested entity within the meaning of 11 U.S.C. § 327(a) of the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SIGNED this 30th day of September, 2019.

Signed by: _____
Eric Steinhoff
EXP Realty
137 National Plaza
Suite 300
National Harbor, MD 20745
Realtor

SWORN TO AND SUBSCRIBED before, by _the Undersigned_ by Eric Steinhoff of EXP Realty, who states that the above is true and correct, to the best of his knowledge on this 30 day of September, 2019.

_____
NOTARY PUBLIC,
COUNTY OF Frederick
STATE OF ~~TEXAS~~ Maryland

MY COMM. EXP 10-16-22

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-11177-tmd |
| | § | |
| DEBORAH KRISTINE HEXUM, | § | |
| | § | |
| DEBTOR(S). | § | CHAPTER 7 PROCEEDING |

## CERTIFICATE OF MAILING

I certify that copies of the APPLICATION OF TRUSTEE TO EMPLOY REALTOR were mailed to the below named persons, by first class mail, on this the 1st day of September, 2019: October

Deborah Kristine Hexum
109 Cipressi Cove
Georgetown, TX 78628

**Debtor(s)**

Eric Steinhoff
EXP Realty
137 National Plaza
Suite 300
National Harbor, MD 20745
Realtor

Susan G. Taylor
Law Office of Susan G. Taylor
1502 West Avenue
Austin, TX 78701
**Counsel for Debtor**

U.S. Trustee
903 San Jacinto Boulevard
Suite 230
Austin, TX 78701

SEE ATTACHED MATRIX FOR A LIST OF PARTIES SERVED WITH NOTICE.

/s/ Randolph N. Osherow
RANDOLPH N. OSHEROW, Chapter 7 Trustee
342 West Woodlawn, Suite 300
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com

(c)OFFICE OF GENERAL COUNSEL
801 CHERRY ST UNIT 45
FORT WORTH TX 76102-6882

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Affirm Inc
PO Box 720
San Francisco, CA 94104-0720

Army Airforce Exchange (AAFES)
Creditor s Bankruptcy Service
PO Box 740933
Dallas, TX 75374-0933

Cornerstone Home Lending
PO Box 77404
Ewing, NJ 08628-6404

Cornerstone Home Lending, Inc.
c/o Codilis & Moody, P.C.
400 N. Sam Houston Pkwy E, Suite 900A
Houston, TX 77060-3548

Department of Education
Office of General Counsel
400 Maryland Ave, SW Rm 6E353
Washington, DC 20202-0001

Department of Housing
& Urban Development (HUD, FHA)
U.S Dept of HUD
451 7th., SW Room 10258
Washington, DC 20410-0001

Jared & Erica Plummer
3676 Carriage Hill
Frederick, MD 21704-7351

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660

New Hampshire Higher Ed/Granite State Ma
Attn: Bankruptcy
PO Box 2097
Concord, NH 03302-2097

Office of Litigation
US Department of HUD
451 7th St., SW, Room 10258
Washington, DC 20410-0001

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Small Business Administration (SBA)
U.S. Small Business Administration
Little Rock Commercial Loan Servicing
Center 2120 Riverfront Drive, Suite 100
Little Rock, AR 72202-1794

Specialized Loan Servicing/SLS
Attn: Bankruptcy Dept
8742 Lucent Blvd #300
Highlands Ranch, CO 80129-2386

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Tower Federal Credit Union
Attn: Bankruptcy
PO Box 123
Annapolis Junction, MD 20701-0123

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0009

United States Department of Justice
United States Attorney, Civil Process Cl
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216-5597

USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio,, TX 78288-1600

VA Regional Office
Office of District Counsel
1400 N. Valley Mills Dr.
Waco, TX 76710-4432

Veterans Administration (VA)
VA Regional Office
Office of District Counsel
2515 Murworth Drive
Houston, TX 77054-1603

Williamson County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269